# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

**FILED**

AUG 0 7 2019

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) Case No. | |
| MICHAEL A. CHRISTIANSON | ) | 2:19MJ186 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   June 22, 2019 and July 2, 2019   in the county of   ~~Lake~~ LaPorte   in the   Northern   District of   Indiana   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., § 2252(a)(1) | Transportation of child pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chad Oakes, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

**S/John E. Martin**

Date:   08/07/2019

_____
*Judge's signature*

City and state:   Hammond, Indiana

John E. Martin, U.S. Magistrate Judge
*Printed name and title*



## AFFIDAVIT IN SUPPORT OF APPLICATION
## FOR ~~SEARCH~~ WARRANT
## ARREST

I, Chad Oakes, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent since January of 2018 and have been assigned to the FBI GRIT (Gang Response Investigative Team) Task Force since June of 2018. Prior to my employment as a Special Agent, I was a sheriff's deputy in Ohio County, Indiana for about four and a half years. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. I have investigated federal criminal violations related to cybercrime, child exploitation, and child pornography. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2. What follows are the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint alleging that between on or about June 22, 2019 and July 2, 2019, MICHAEL A. CHRISTIANSON (hereafter CHRISTIANSON) committed a violation of Title 18, United States Code, Section 2252(a)(1) by knowingly transporting, using a means or facility of interstate commerce, one or more visual depictions of actual minors being caused to engage in sexually explicit conduct including lascivious displays of their genitalia.

3. The statements contained in this affidavit are based in part on: information provided by FBI Special Agents; written reports about this and other

investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary probable cause to charge CHRISTIANSON with a criminal offense.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

4. On or about July 2, 2019, Special Agents (SA) of the Federal Bureau of Investigation Charlotte Division, Raleigh Resident Agency responded to a complaint made by an employee at Lulu Press, Inc (hereafter referred to as "Senior Manager").

5. Lulu Press is a publisher of both printed and electronic books headquartered in North Carolina that operates a global distribution network in English, Dutch, French, German, Italian, and Spanish languages. Authors can publish books and sell them through the Lulu website, http://www.lulu.com, or other online retailers.

6. When a potential author creates an account with Lulu Press, they must provide an email address, review and acknowledge a membership agreement

and terms of use, and create a lulu.com username and password. When any content is created for sale, the author must also provide Lulu Press with billing information and either banking or mailing address information so any royalty payments may be sent to the author for the purchase of the works.

7. One job function of the Senior Manager is to oversee content review of any materials uploaded by site members to lulu.com for potential violations of the company's terms of service. These terms of service are listed at https://www.lulu.com/about/legal and are agreed to by members upon account creation.

8. In Section 2, under "Use of the Site," the terms of service specifically state: "While using the Site, you agree not to Use the Site to harm minors in any way, including, but not limited to, by uploading content that violates child pornography laws, child sexual exploitation laws and laws prohibiting the depiction of minors engaged in sexual conduct." Additionally, it is specified that any items sold through the company's website must follow content policy and guidelines listed on this same page under "Appendix A. Lulu Content Policy and Guidelines." Those Guidelines prohibit pornography, offensive materials, and illegal items and state that Lulu Press reserves the right to determine the appropriateness of any content posted to its site.

9. Senior Manager explained that a customer, CHRISTIANSON, uploaded content to his Lulu Press account to be published. That action automatically triggered Senior Manager's content review to confirm there is no

potential copyright infringement issue and no violations of the company's terms of service. Upon reviewing the uploaded content from CHRISTIANSON, Senior Manager determined that it violated LuLu Press's terms of service and appeared to contain child pornography. Specifically, the content includes numerous photographs of naked children under the age of 18, including some depicting children under the age of 12. Upon their arrival to meet with Senior Manager she provided to law enforcement a complete copy of the data uploaded by CHRISTIANSON.

10. On July 22, 2019 and since, I reviewed that data, and found therein what appear to me to be three separate books submitted for publication and authored by CHRISTIANSON. The overall design of the books makes them appear to be geared toward young children in that the font is very large, the sentences are simple and often rhyme, and there are many illustrations and photographs. Each book contains photographs of naked children and the focal point of many of the images is the genitalia of the child(ren) depicted. These books, which will be described below in greater detail, appear to be designed for use by an adult in grooming a child for sexual contact. Specifically, the books appear to be aimed at: explaining the body parts of boys and girls; making it seem normal for boys and girls to be naked, even when playing with other children and even when playing with adults; making it seem normal for boys and girls to play naked around adults when the adults are also naked; and making it seem normal for children's "play" (both alone and with adults) to include engaging in sexual contact and sexual acts.

11. One book is titled "Hey Uncle Buck! What is a boy? What is a girl?" The internal Lulu Content Identifier (CID) for this product is 24875008. This book is eight-six (86) pages long, with page seven (7) listing the following information:

> Copyright 2019 Dr. Michael Christianson
> Book design by Dr. Michael Christianson, JUD
> Published by Dr. Michael Christianson, JUD La Porte, Indiana 46350
> www.virtuouspedo.org & www.nakedplay.org

12. On page thirty-nine (39) of the book it states, "A boy is someone with a WEENIE and a PAIR OF BALLS." On the next page there is a photo of a standing toddler with light hair wearing only a diaper. The child's left hand is pushing downwards on the front of his diaper and there is a close-up, inset photo below the toddler of an erect, circumcised penis and scrotum with no pubic hair. One line from the scrotum of the inset photo goes to the word "Balls" and another line drawn from the glans penis goes to the word "Weenie."

13. The following page has the text, "Some people like to call the weenie, a PENIS. And some people like To call a pair of balls, TESTICLES. Weenies are SO cute." Page forty-three (43) depicts a black and white photo of two (2) boys. One child appears to be between ten and twelve (10-12) years old, is prepubescent, and is wearing only a striped t-shirt while leaning against a table holding two (2) ping pong paddles. The child appears to be looking at a nude, early pubescent boy between eleven (11) and thirteen (13) years old. The text on this page is, "It's OK if you call it a weenie."

14. Page forty-four (44) has another photo of a nude prepubescent boy wearing only a hat and leaning forward, supporting himself by his hands while

grasping a stick or tree branch. This child appears to be between five and seven (5-7) years old.

15. Page forty-seven (47) contains the text, "A girl is someone with a NOOKY and a VA-JAY-JAY. Some people call the nooky, a VULVA. A vulva is shaped like a hotdog BUN." Page forty-eight (48) is a black and white photo of two children wearing underwear and sandals outside, and the children appear to be wet. A female child between three (3) and five (5) years old is standing upright and facing a male child between three (3) and five (5) years old. The female child is pulling open the waistband of her underwear while the male child leans forward to look down into her underwear. A close-up, inset photo below the children depicts an angled frontal view of female genitals with no pubic hair.

16. Page forty-nine (49) states, "And some people call the va-jay-jay, a VAGINA. The vagina is a small hole between the vulva. Look at the picture. Do you see Lily's Vulva or her vagina?" On the following page, there is a black and white photo of a nude, prepubescent child between four (4) and six (6) years old, standing upright, and holding a cat or small dog in her upraised arms. The child's genital area is visible in this photo and the text on the following page is, "It's okay if you call it a nooky. EVERY girl has one."

17. Page fifty-two (52) is a cropped photo of a nude female of unknown age with no pubic hair visible. The female is reclined upon her back with legs raised and spread apart displaying her genital area. A line from a labium minus leads to

the word "Va-jay-jay," a line from a labium majus leads to the word "Nooky," and a line from the perianal area leads to the words "Butt hole."

18. Page fifty-four (54) depicts four (4) close-up, cropped images of the genitals of four (4) uncircumcised males. Three (3) of the boys appear prepubescent and one appears post-pubescent. The text under each photo is, "Baby boy," "Big boy," "Tween boy," and "Grown-up." On the following page, the text reads, "There are BILLIONS of weenies in the world! In lots of COLORS, too."

19. On page fifty-six (56) there are twelve (12) close-up, cropped photos of the glans penis of adults. Nine (9) are circumcised and three (3) are uncircumcised. The following page has the text, "A weenie is SPECIAL. Weenies can perform a magic trick. A weenie can change its shape. It grows LONG and HARD." Page fifty-eight (58) has a photo of two clothed girls between five (5) and seven (7) years old. One child is whispering into the ear of the other, who has a look of surprise on her face.

20. Page fifty-nine (59) contains the text, "When a weenie is long and hard it's called a BONER. Some people call a boner, an ERECTION. Boners are FUN. Yeah!" The following page depicts a close-up photo of what appears to be the erect penis and scrotum of a prepubescent boy. Inset below the genitals is the close-up face of a wide-eyed child with an open mouth expression.

21. There are several other photos in the document that depict the genital areas of prepubescent and early pubescent children (including pp. 10, 26, 62, 64, 65, 66, 74, 76, 78). The embedded metadata for this document, viewable from the

properties dialog, indicates the document is 31.9MB in size, 86 pages long, contains 940 words, and had a total editing time of 176 minutes. The file properties indicate it was created on June 22, 2019 at 4:53 p.m. and the author is listed as "christianson.indiana@gmail.com." It also indicates a last modified time of June 22, 2019 at 7:50 p.m. by the same author.

22. Another book (CID 24853023) uploaded to Lulu Press by CHRISTIANSON is fifty-two (52) pages long and also contains photographs of the genitals of prepubescent and early pubescent children. The title of this book is, "Grandpa has a Ding-a-ling (for those who care)." This document is also captioned as having been written by "Dr. Michael A. Christianson, JUD."

23. On page 25 of this book, after explaining that "Grandpa" and "Jack" are together, that Jack is naked, and that Grandpa is looking at Jack's penis, the text reads "'And, my, oh, my' he says to me, 'Why look at your thing grow, Your pee-pee popped a wheelie, Jack. It's putting on a show!'" The following page shows a male child lying on what appears to be a bed with his knees bent and his legs lifted revealing his penis, scrotum and anus. The child appears to be using his foot to prop up his semi-erect penis.

24. Page twenty-nine (29) of the book reads "When me and Gramps climb in the tub I give my butt a pat and ask him in my baby voice, 'HEY, where's your weenie at?'"

25. Page thirty-one (31) of the book reads "I peep up top. I peek down low. I peer inside his nose. But –WOW- it's hard to figure out just where HIS pee-pee

grows!" The following page features several photographs of naked prepubescent boys including three close-up photographs of naked boys' penises and undescended testicles. Page thirty-three (33), reads "Until I swim between his legs And find it nestled there It has a spout and EVERYTHING And lots and lots of hair!" The next page shows an erect adult male penis and inset photos of minor boys smiling.

26. Page thirty-five (35) reads "'Wow-zee, Grandpa! Look at THAT,' I gasp with great surprise. 'Your cute pink dink is hard like mine!' I cheer with bright blue eyes." Page thirty-seven (37) reads "'How come our pee-pees got SO big?' I ask so I can know. 'Did magic fairies cast a spell That made our pee-pees grow?'" The next page shows a female child dressed as a fairy princess and inset below are three photos: a picture of a naked female vagina with no pubic hair being touched by the tip of an erect male penis; a picture of a naked prepubescent minor female sitting on what appears to be a bed with her legs spread showing her vagina; and a picture of an erect penis seen in the mouth of a person.

27. Page thirty-nine (39) reads "Grandpa laughs and pulls me close Then tells me 'It's okay. Whenever weenies change their shape It means they want to play.'" The following page contains two photographs. One picture is of an erect male penis with no pubic hair and the other is of a person's hand holding two erect male penises up next to one another.

28. Page forty-one (41) reads "'It's beautiful...And wonderful...And NEVER, EVER bad To share your pee-pee with a friend Cuz that makes pee-pees glad.'" The next page contains four photographs. The largest is of two minor males,

one of whom appears prepubescent, standing naked side-by-side and arm-in-arm. The second is of a prepubescent minor boy depicted from the chest up and naked while engaging in a French kiss with another male who can be seen only from the neck up and may be an adult. The third is of three minor children, two males and one female, depicted from the chest up, who have no visible clothing on and are lying on top of one another. The fourth is of a minor boy depicted from the waist up, has no visible clothing on, and is lying on top of a minor female lying on her back who is depicted from the thigh up and who appears to be wearing a bathing suit.

29. Page forty-three (43) reads "I hugged my Gramps with all my might And told him what I think 'If that's how pee-pees like to play It's NICE to have a dink!'" Page forty-five (45) reads "'I love you Grandpa. YES. I. DO. You fit me like a glove. I hope you'll NEVER lose a pound Cuz now there's more to love.'"

30. On page fifty-one (51) of this book the following bio of the author appears next to a photograph of CHRISTIANSON: "In his previous landmark books…Dr. Michael established himself as the purveyor of reader-friendly, straightforward information on naked-play for readers as young as five. Loved by progressive parents and adults, this bath time penis poem is all about teaching boys it's okay to say 'Yes' to boisterous, naked fun with Grandpa. See Grandpa naked. And giggle as boys and girls parade across the pages in their birthday suits. This Beginner book makes an ideal gift for open-minded, free-thinking readers and helps encourage grown-ups and children to play naked by themselves – or with someone special. Enjoy!"

31.   A third book (CID 24896398) is titled "You-And-Your-Beautiful-Daring-Very-Amazing-Almost-Never-Naked-Body." The document properties of this book indicate it is 64.0MB in size, has 103 pages, and 794 words. It shows an original creation date of June 23, 2019 at 10:32 a.m. and the author is listed as christianson.indiana@gmail.com. The "Dedication" in this book reads in part: "For every beautiful boy who has ever had to live with guilt, shame or fear because of dogmatic, narrow-minded parents, teachers and caregivers who can't accept the natural beauty of naked-play or the fact that Love Is Love. (The world would be a much better place without them) But especially for Thomas (Trey): I remember and fall in love all over again."

32.   This book also contains images of prepubescent and early pubescent children exposing their genitals. For example, beginning on page sixty-three (63), the book reads "A naked body can play with a friend," and then the following three (3) pages feature minor prepubescent naked boys: holdings hands on a beach; walking together at a beach; and being sprayed with water by a clothed adult female.

33.   On page sixty-seven (67), the text reads "with a grown-up," and then two out of the three following pages show naked prepubescent children posing with naked adult males.

34.   On page seventy-nine (79), the text reads "Tommy is playing naked with his friend. No fair! Tommy's penis is SO big. It's HUGE" and on the following

page an erect, circumcised penis with no pubic hair is seen being held in the hand of a person.

35. Page eighty-one (81) reads "Now that's something, isn't it?" and the next page shows an erect circumcised penis with no visible pubic hair penetrating the naked vagina of what appears to be a prepubescent minor female. Page 83 reads "There. Tommy's P is deep inside her V. They're hugging and bouncing! They're making love." The following page shows what appears to be an erect penis with no visible pubic hair inside the vagina of a female with a small amount of pubic hair which appears to have been groomed. The female body on page eighty-two (82) looks much smaller and younger than the female body on page eighty-four (84).

36. Page eighty-seven (87) reads "When Philip rubs his soft penis, it becomes happy and excited. His penis starts to get bigger – A LOT bigger!" The following page shows a prepubescent minor boy wearing boxer shorts and touching the area of his penis. Page eighty-nine (89) reads "Philip says, 'Tickle, tickle, here comes my pickle!' TA DA!" and on the next page the naked, erect penis and undescended testicles of a prepubescent minor boy are depicted.

37. Lulu Press provided a spreadsheet called "Acct 214909838" that documented the information captured when the user account which uploaded these books was created. This information shows the linked e-mail address for the account to be christianson.indiana@gmail.com and the user's name as "Dr. Michael A Christianson." The following information is also listed:

      Full Name: Michael Christianson
      Organization: Indiana Freedom Alliance
      Street Address: 101 Bond Street, APT 3, La Porte, IN 46350
      Telephone: 219-206-2323
      PayPal email: admin@in-freedom-alliance.org
      EIN: 81-4327343
      Birth Month: 03
      Birth Year: 1969
      Account created: 03/23/2019 15:26:26 EDT
      Last Login: 07/01/2019 00:36:16 EDT
      Login IP: 73.45.135.143

38. Also affiliated with the account were the longitude and latitude of the location of the IP address used to access LuLu Press. On July 23, 2019, I entered those longitude and latitude numbers into a publicly-available mapping program and discovered that CHRISTIANSON appeared to be using an IP address assigned to a business that is open to the public and situated mere minutes from his home. As described in detail below, CHRISTIANSON may be doing so due to limitations that may be in place regarding his Internet access due to his status as a registered sex offender in Indiana.

39. Open source information for the name CHRISTIANSON in La Porte, Indiana reveals that in 2002, a person by that name was arrested by local law enforcement for child molestation of a twelve (12) year-old boy. According to the news account of this found from the La Porte County Herald-Argus, the subject (CHRISTIANSON) was interrupted abusing a child by a relative of the child who had come to check on the child and fought with the subject.

40. The child disclosed to authorities that he had been abused over the past two (2) years. CHRISTIANSON was held by authorities as he was listed as

AWOL from the 82nd Airborne Division at Fort Bragg, North Carolina four (4) days prior to being arrested in Indiana.

41. The Indiana Sex Offender registry lists CHRISTIANSON (a.k.a. Trixie, a.k.a. Byron Eugene Wall) as registering on October 24, 2016 and shows his registration requirement as lifetime due to his categorization as a "Sexually Violent Predator." The registry lists his conviction as being for a violation of Indiana Statute § 35-42-4-3 – Child Molesting, with a conviction date of March 27, 2003. The sentence is listed as thirty (30) years Department of Correction, ten (10) years supervision, and a release date of October 24, 2016. The address of record is the same as that which CHRISTIANSON provided to LuLu Press.

42. The comments on this entry are "Serious Sex Offender." A photograph of CHRISTIANSON portrays the same individual pictured in the above-described books uploaded to Lulu Press.

43. On July 23, 2019, I accessed the Indiana Freedom Alliance (IFA) (https://www.in-freedom-alliance.org) website. The IFA uses the logo of a blue spiraling triangle framed by another blue triangle. That logo has been previously identified in an intel bulletin from the FBI Cyber Division, IINI (01/31/2007) as the "BLogo" or "Boy Lover" symbol. In other words, IFA has adopted a symbol known by law enforcement to be affiliated with groups that advocate adult men being permitted to have sexual relationships with minor boys. The site has a link where users can register/login, another directing them to the "IFA Community," another

directing them to the "Boy & Girl Lover's Chat Room," and a fourth for "IFA File Sharing."

44. Based upon my training and experience and the information summarized herein, I believe the IFA website to be a place where adults who are sexually attracted to minors can meet, discuss their mutual attraction to minors and swap "war stories" about acting out on those desires, and share files relevant to those feelings (i.e., child erotica and/or child pornography). Also, because CHRISTIANSON is using an "admin" email address associated with the IFA domain (see paragraphs above and below), I believe him to have access to all content uploaded to or downloaded from that website.

45. On July 23, 2019, I reviewed the site www.virtuouspedo.org which lists under its mission "…to support, educate and provide faith-based services to empower virtuous pedosexuals living with the challenges of their natural orientation. We do this by providing a safe, private place to share stories and find religious support while dealing with the myths, fear, hatred and bigotry surrounding pedosexual love in the 21st century." Based on my training and experience, I know "pedo" to be short for "pedophile," which describes a person who has been sexually attracted to prepubescent minors for at least six months and who has acted out on that attraction in some way, such as by viewing sexually explicit photographs depicting minors.

46. Under "Contact us" on the www.virtuouspedo.org website, a mailing address of P.O. Box 862, La Porte, IN, 46352 is listed with an e-mail address of

admin@in-freedom-alliance.org. The home page of the site lists "Dr. Michael Christianson, JUD" as the founder of the organization and includes the same photograph that was provided to Lulu Press for inclusion in the above-described children's books.

47. Based upon my training and experience and the information summarized herein, I believe the www.virtuouspedo.org website to be a place where adults who are sexually attracted to minors can meet, discuss their attraction to children, possibly share "war stories" of acting out on that attraction, and share files relevant thereto, including text stories about children being sexually exploited or abused, or images of child erotica and/or child pornography.

48. On July 23, 2019, I also attempted to access www.nakedplay.org. In doing so, I was automatically redirected to www.in-freedom-alliance.org.

49. CHRISTIANSON's sex offender registry information includes a list of purported employers. That list includes an entity described as "Kindness 360." Notably, according to eBay, that charity was founded on October 24, 2016 – the same day CHRISTIANSON was released from jail and required by law to register as a sex offender. (eBay contains a description of the charity because anyone who wishes to make a charitable donation to the entity may do so through their eBay account.) The eBay description reads: "Kindness360 was founded October 24, 2016. We are on an extraordinary mission to inspire, educate, and empower the next generation of children, adults and leaders to act kindly. Through classroom initiatives, interactive experiences and community involvement, Kindness360

shows people the transformative power of kindness. We know that kindness is an essential ingredient to making lasting social change. Please Join in helping us. Together we can make a difference!"

50. In conducting a search for "Indiana Freedom Alliance" on the Indiana Secretary of State's website, the results indicate that entity is an assumed business name of "Kindness360, Inc." The Indiana Secretary of State's Office shows that Kindness360, Inc. was incorporated by CHRISTIANSON on January 19, 2017 and he remains its Registered Agent. The principal office address of the entity is the same address CHRISTIANSON provided to LuLu Press.

## CONCLUSION

51. Based on the above facts, I believe probable cause exists for the issuance of a complaint alleging that between on or about June 22, 2019 and July 2, 2019, CHRISTIANSON knowingly transported, using a means or facility of interstate commerce, one or more visual depictions where the producing of such visual depiction involved the use of an actual minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

30. I therefore respectfully request that the Court authorize the issuance of said complaint.

Special Agent Chad Oakes
Federal Bureau of Investigation

Sworn to me this 7th day of August, 2019.

S/John E. Martin

---

John E. Martin
United States Magistrate Judge